## Commonwealth v. Harkins, Appellant.

Argued November 11, 1970.

Michael J. Wherry, Assistant Public Defender, with him Warren R. Keck, III, Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, with him Joseph J. Nelson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Harper, Appellant.

Argued November 10, 1970.

Lawrence Schulte, with him Bryan, Joslin, Bryan and Schulte, for appellant; Robert H. Chase, Assistant District Attorney, with him Michael M. Palmisano, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Harper, Appellant.

Submitted November 9, 1970. Randall C. Rodkey, Public Defender, for appellant; Blair V. Pawlowski, Assistant District Attorney, and Ferdinand F. Bionaz, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.